UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,<br><br>                     Plaintiff,<br>v.<br><br>DAVID PHILIPPS and KENNETH JOHN BRAITHWAITE, II, in his capacity as Secretary of the Navy,<br><br>                    Defendants. | Case No.: 20cv993-JLS(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On September 28, 2020, Defendant David Philips ("Defendant") filed an Ex Parte Motion to Continue Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"). ECF No. 28. Defendant requests that the Court stay the ENE and CMC until District Judge Janis L. Sammartino rules on Defendant's pending motion to strike or, alternatively, dismisses Plaintiff's first amended complaint (the "Anti-SLAPP Motion"). Id. at 2. In support of his motion, Defendant states "Plaintiff's claims target Mr. Philips's constitutionally protected speech" and "[c]ourts have made clear that early dismissal at the pleading stage is especially appropriate in cases . . . that invoke significant First Amendment rights." Id. (citing Winter v. DC Comics, 30 Cal. 4th 881, 892 (2003)). In further support, Defendant states that he anticipates that his pending Anti-SLAPP Motion will resolve all of Plaintiff's claims against him. Id. at 2. Defendant notes that, upon notifying the other parties in the instant action, Plaintiff's

counsel informed him that he intends to file an opposition to Defendant's Motion and counsel for Defendant Kenneth John Braithwaite II stated that he had "no objection to postponing the ENE Conference and other discovery matters until the Anti-SLAPP Motion is decided, but opposes postponing the CMC absent a broader discovery stay." Id. at n. 1.; ECF No. 28-1, Declaration of Thomas R. Burke in Support of Defendant David Philips's Ex Parte Motion to Continue Early Neutral Evaluation Conference and Case Management Conference, at ¶ 4. Accordingly, the Court **HEREBY SETS** the following briefing schedule:

    1.    Any opposition to Defendant Philipps's motion must be filed on or before **October 2, 2020** at **12:00 p.m.**

    2.    Any reply must be filed on or before **October 6, 2020**.

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

    **IT IS SO ORDERED**.

Dated: 9/29/2020

*[Signature: Barbara L. Major]*
Hon. Barbara L. Major
United States Magistrate Judge