1  MOLLY M. SHIRER, ESQ. (SBN 325978)

2  Molly.shirer@parlatorelawgroup.com

3  PARLATORE LAW GROUP, LLP

4  2305 Historic Decatur Rd., Suite #100

5  San Diego, CA 92106

6  (212) 603-9918

7  TIMOTHY C. PARLATORE, ESQ. *(pro hac vice)*

8  NY Bar No. 4679429; NJ Bar No. 056852015

9  Timothy.parlatore@parlatorelawgroup.com

10  MARYAM N. HADDEN, ESQ.*(pro hac vice)*

11  N.Y. Bar No. 2735488; NJ Bar No. 327662020

12  Maryam.hadden@parlatorelawgroup.com

13  PARLATORE LAW GROUP

14  One World Trade Center, Suite 8500

15  New York, NY 10007

16  (212) 603-9918

17  Attorneys for Plaintiff, Edward R. Gallagher

18              UNITED STATES DISTRICT COURT

19              SOUTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  EDWARD R. GALLAGHER, | Case No.:  **20 CV0993 JLS BLM** |
| 22              Plaintiff, | |
| 23  v. | **PLAINTIFF EDWARD R. GALLAGHER'S EX PARTE MOTION SEEKING PERMISSION TO EXCEED PAGE LIMIT FOR BRIEF IN OPPOSITION TO DEFENDANT PHILIPPS'S SPECIAL MOTION TO STRIKE PURSUANT TO LOCAL RULE 7.1 (h)** |
| 24  DAVID PHILIPPS and KENNETH JOHN BRAITHWAITE II, in his capacity as Secretary of the Navy, | |
| 25 | |
| 26              Defendant. | |
| 27 | |

28

**MOTION**

Pursuant to Local Rule 7.1 (h), briefs or memoranda in support of or in opposition to all motions noticed for the same motion day must not exceed a total of twenty-five (25) pages in length, per party, for all such motions without leave of the judge who will hear the motion. Plaintiff Edward R. Gallagher moves the Court for permission to exceed page length for his Opposition to Defendant David Philipps's Notice of Motion and Special Motion to Strike Plaintiff's Second Through Eighth Causes of Action (ECF 26) or Alternately, to dismiss Plaintiff's First Amended Complaint, to a maximum of forty (40) pages.   In support thereof, Plaintiff states as follows:

Mr. Philipps filed the motion to strike the First Amended Complaint on September 23, 2020 (ECF 26).  Mr. Philipps's Memorandum of Points and Authorities, exclusive of tables of contents and authorities, begins at page 9 and concludes at page 34. However, Mr. Philipps's attachments include forty-nine (49) exhibits along with an additional Request for Judicial Notice and Declaration of Attorney Thomas R. Burke.

To adequately respond to Mr. Philipps's depth of information presented, Mr. Gallagher's memorandum in opposition must also address the exhibits.  Exhibit A, for example, comprises 12 pages of detailed tables regarding Philipps's Reported Statements and Plaintiff's Allegations.  All sixty-five (65) statements and allegations are highly relevant to the causes of action in this case and merit discussion in opposition.  Rather than attach multiple exhibits and additional information in a format that circumvents the

20 CV0993 JLS BLM

25-page length requirement, Chief Gallagher requests extra room in his opposition memorandum itself.

Counsel for Chief Gallagher has communicated with Thomas Burke, counsel for Defendant Philipps, who indicated that "he would not oppose the request."

WHEREFORE, Mr. Gallagher respectfully requests that the Court grant their request to exceed the page limit under Local Rule 7.1 (h) to forty (40) pages for its Opposition to Mr. Philipps's Motion to Strike Plaintiff's Second Through Eighth Causes of Action or Alternately, to Dismiss Plaintiff's First Amended Complaint.

DATED: October 29, 2020

Respectfully submitted,

/s/ Molly M. Shirer

Molly Shirer, Esq.
Parlatore Law Group, LLP
*Attorneys for the Plaintiff*
2305 Historic Decatur Rd., Suite 100
San Diego, CA 92106
(212) 603-9918
Molly.shirer@parlatorelawgroup.com

Timothy C. Parlatore, Esq.
Lead Counsel, Admitted Pro Hac Vice
Timothy.parlatore@parlatorelawgroup.com

Maryam N. Hadden, Esq.
Admitted Pro Hac Vice
Maryam.hadden@parlatorelawgroup.com

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

20 CV0993 JLS BLM