UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID PHILIPPS and THOMAS W. HARKER, in his capacity as Acting Secretary of the Navy,<br><br>  Defendants. | Case No.: 20-CV-993 JLS (BLM)<br><br>**ORDER GRANTING STIPULATION/JOINT MOTION FOR LEAVE FOR FEDERAL DEFENDANT TO FILE AN AMENDED ANSWER**<br><br>(ECF No. 56) |

Presently before the Court is Defendant Thomas W. Harker's ("Federal Defendant") Stipulation/Joint Motion for Leave to File an Amended Answer ("Joint Mot.," ECF No. 56). Federal Defendant notes that "[u]ndersigned counsel consulted with counsel for both Plaintiff and co-Defendant regarding this stipulation/joint motion. Both parties have consented." *Id.* at 1. Federal Defendant seeks leave to amend his answer to add the affirmative defense of failure to mitigate damages, "as [he] only recently learned new information through discovery that supports this defense." ECF No. 56-1 at 1.

Good cause appearing, the Court **GRANTS** Federal Defendant's Joint Motion. Federal Defendant **SHALL FILE** his amended answer within five (5) days of the date on which this Order is electronically docketed. Further, the Court recognizes the substitution by operation of Federal Rule of Civil Procedure 25(d) of Thomas W. Harker as defendant

1 in place of Kenneth John Braithwaite, II.  The Clerk of the Court **SHALL UPDATE** this
2 action's docket and caption accordingly.
3      **IT IS SO ORDERED.**
4 Dated:  March 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge