THOMAS R. BURKE (CA State Bar No. 141930)
   thomsburke@dwt.com
CAESAR KALINOWSKI (*pro hac vice*)
   caesarkalinowski@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599

CYDNEY SWOFFORD FREEMAN (CA State Bar No. 315766)
   cydneyfreeman@dwt.com
ANDREW G. ROW (CA State Bar No. 319994)
   andrewrow@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, 24th Floor
Los Angeles, California  90017
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899

Attorneys for Defendant
DAVID PHILIPPS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,<br><br>                              Plaintiff,<br><br>        vs.<br><br>DAVID PHILIPPS and THOMAS W. HARKER, in his capacity as Acting Secretary of the Navy,<br><br>                              Defendant. | Case No. 20-CV-0993 JLS (BLM)<br><br>**DECLARATION OF THOMAS R. BURKE IN SUPPORT OF DEFENDANT DAVID PHILIPPS'S MOTION TO STAY DISCOVERY**<br><br>[Notice of Motion, Memorandum of Points of Authorities, and Proposed Order Filed Concurrently] |

I, Thomas R. Burke, declare under penalty of perjury as follows:

1.     I am an attorney admitted to practice before all the courts in the State

of California and before this Court.  I am a partner in the law firm of Davis Wright

Tremaine LLP and am one of the attorneys representing defendant David Philipps

1

in this matter.  The matters stated herein are true of my own personal knowledge and I could competently testify about them if called as a witness.  I make this declaration in support of Defendant Philipps's Motion to Stay Discovery.

2.     Plaintiff commenced this action on May 29, 2020.  (Dkt. No. 1.)  On August 8, 2020, Plaintiff filed an Amended Complaint.  (Dkt. No. 20.)

3.     On September 23, 2020, Mr. Phillips filed a Special Motion to Strike Plaintiff's Second Through Eighth Causes of Action, or Alternatively, to Dismiss Plaintiff's' First Amended Complaint (the "Anti-SLAPP Motion").  (Dkt. No. 26.) On October 29, 2020, Plaintiff filed his Opposition to the Anti-SLAPP Motion. (Dkt. No. 44.)  On November 5, 2020, Mr. Phillips filed his Reply in Support of his Anti-SLAPP Motion.  (Dkt, No. 48.)  The Court has yet to rule on Plaintiff's Anti-SLAPP Motion.

4.     The parties were ordered to exchange their initial disclosures on Monday, October 12, 2020.  (Dkt. No. 24.)  Counsel for the Navy served their initial disclosures on Friday, October 9, 2020.  My colleague Victoria Isensee served Mr. Philipps's initial disclosures on Monday, October 12, 2020.  I received Plaintiff's initial disclosures from Plaintiff's counsel in an email on Tuesday, October 13, 2020, at 8:26 p.m.  A true and correct copy of Plaintiff's initial disclosures as served by email on Tuesday, October 13, 2020, is attached as **Exhibit A**.

5.     On October 28, 2020, Magistrate Judge Barbara L. Major issued a Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (the "Scheduling Order").  (ECF No. 42.)  Pursuant to the Scheduling Order, among other deadlines, the parties' deadline to complete fact discovery is May 14, 2021. (*Id.*)

6.     To date, in anticipation of Judge Sammartino's ruling on Mr. Phillip's Anti-SLAPP Motion—which, if successful, would strike or dismiss all claims

2

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111

1    against Mr. Phillips—Mr. Philipps has not propounded discovery on Plaintiff.

2    Plaintiff has not propounded discovery on Mr. Philipps.

3         7.      On April 5, 2021, I conferred with Plaintiff's counsel, Timothy

4    Parlatore, and Navy's counsel, Justin Sandberg and Danielle Young, about a

5    potential joint motion to extend all deadlines in the Court's Scheduling Order

6    pending the Court's resolution of the Anti-SLAPP Motion.  On April 6, 2021, Mr.

7    Sandberg indicated via email the Navy's unwillingness to agree to the joint motion

8    as drafted, but stated that the Navy would consent to a motion to stay all upcoming

9    discovery and other deadlines, pending resolution of Mr. Philipps's Anti-SLAPP

10   Motion, with the remaining 6 weeks of discovery to immediately recommence upon

11   the Court's resolution of the Anti-SLAPP Motion.  On April 6, 2021, Mr. Parlatore

12   indicated via email Plaintiff would be willing to join the potential joint motion to

13   extend all discovery deadlines.

14        8.      On April 6, 2021, and again on April 12, 2021, I had telephone

15   conferences with Mr. Parlatore regarding the possibility of, instead, a motion to stay

16   discovery.  Mr. Parlatore indicated that Plaintiff consents to the motion to stay, but

17   would hope that counsel for the Navy will continue to "process" the document

18   requests Plaintiff already propounded on the Navy.  Mr. Parlatore stated that he

19   only raised this issue because the recent document demands which he served on the

20   Navy will require an extensive search of the Navy's systems and, likely, a

21   declassification review, which will likely take far longer than normal document

22   production will.

23        9.      On April 7, 2021, I had a telephone conference with Navy's counsel,

24   Mr. Sandberg and Ms. Young, where I relayed Plaintiff's stance on a motion to stay

25   discovery.  Pursuant to our conversation, on April 8, 2021, Mr. Sandberg, via email,

26   confirmed that they had no objection to a stay of discovery pending the resolution

27   of the Anti-SLAPP Motion, with the existing discovery period to recommence after

28

3

DECLARATION OF THOMAS R. BURKE
Case No. 20 CV0993 JLS BLM

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111

a decision by the court, and with upcoming discovery deadlines adjusted accordingly.  Navy's counsel, however, did not agree to a stay of discovery with the conditions proposed by Mr. Parlatore.

10.     On April 12, 2021, Mr. Sandberg reconfirmed by email that the Navy "has no objection" to the motion to stay.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Albany, California, this 12th day of April, 2021.


   /s/ Thomas R. Burke
                    Thomas R. Burke

DECLARATION OF THOMAS R. BURKE
Case No. 20 CV0993 JLS BLM

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111