# EXHIBIT A

MOLLY M. SHIRER, ESQ. (SBN 325978)
Molly.shirer@parlatorelawgroup.com
PARLATORE LAW GROUP, LLP
2305 Historic Decatur Road, Suite 100
San Diego, CA 92106
(212) 603-9918

TIMOTHY C. PARLATORE, ESQ.
*Pro Hac Vice*
NY Bar No. 4679429; NJ Bar No. 056852015
Timothy.parlatore@parlatorelawgroup.com
MARYAM N. HADDEN, ESQ.
*Pro Hac Vice*
NY Bar No. 2735488; NJ Bar No. 327662020
Maryam.hadden@parlatorelawgroup.com
PARLATORE LAW GROUP
One World Trade Center, Suite 8500
New York, NY 10007
(212) 603-9918
*Attorneys for Plaintiff, Edward R. Gallagher*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,<br>Plaintiff,<br>v.<br><br>DAVID PHILLIPS and KENNETH JOHN BRAITHWAITE, in his official capacity as Secretary of the Navy,<br>Defendants. | Case No.:3:20-cv-0993-JLS-BLM<br><br>**PLAINTIFF'S INITIAL DISCLOSURES**<br><br>Judge: Hon. Janis L. Sammartino<br>Magistrate: Hon. Barbara L. Major |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff makes the following initial disclosures based on the information reasonably available as of this date.

### 1. Rule 26(a)(1)(A)(i)

The following individuals are likely to have discoverable information that Plaintiff may use to support his claims, unless the use would be solely for impeachment.

| Name | Subject(s) of the Information |
|---|---|
| Edward R. Gallagher | Matters surrounding the court martial proceedings and their aftermath, as well as information regarding damages |
| Andrea Gallagher | Matters regarding the court martial proceedings, their aftermath, and information regarding damages |
| David Philipps | Matters regarding the court martial proceedings, unlawful leaks of documents and information by the Navy, the sources (or lack thereof) that he based his false statements on, and whether he lied to the New York Times to bypass fact-checking. |
| Current and former members of the Office of the Judge Advocate General and Region Legal Services Office Southwest, including, but not limited to: Christopher Czaplak, Meg Larrea, Gary Sharp, Patty Babb, and Conner McMahon | Matters regarding unlawful leaks of information protected under the Privacy Act and a judicial Protective Order. |

| | |
|---|---|
| Current and former members of Naval Special Warfare Command and Naval Special Warfare Group 1, including, but not limited to: Collin Green, Matthew Rosenbloom, Keleigh Anderson, Tamara Lawrence, and Joshua Vriens | Matters regarding unlawful leaks of information protected under the Privacy Act and a judicial Protective Order. |
| Current and former members of Naval Criminal Investigative Service including, but not limited to: Melanie Otto and Joseph Warpinski, | Matters regarding unlawful leaks of information protected under the Privacy Act and a judicial Protective Order. |

## 2. Rule 26(a)(1)(A)(ii)

The following documents, electronically stored information, and tangible things are in the possession, custody, or control of Plaintiff and may be used to support his claims:

| Category | Location |
|---|---|
| Threatening email/text/social media messages received by Plaintiff and members of his family | Personal records of Plaintiff; to be obtained through undersigned counsel |
| E-mail correspondence between trial counsel for Gallagher and Defendant Phillips and/or members of the NY Times staff | Undersigned counsel |

Plaintiff may also rely upon any information that may be identified by Defendant Philipps or the Federal Defendant in their discovery responses.

### 3. Rule 26(a)(1)(A)(iii)

Against Defendant Braithwaite, the Privacy Act violations have caused Plaintiff a wide array of damages, including:

1. Significant increase in complexity, difficulty and cost of his legal defense. As a direct result of the Navy's unlawful leaks of information, a leak investigation was commenced and then abused to spy on Plaintiff's legal team, causing almost a month's delay in his trial and significantly increased associated costs. These damages total over $250,000.

2. Significant mental and emotional anguish, being subject to ridicule and humiliation, receiving death threats to him and his family, being forced into the national spotlight in a negative light and subject to a continuing barrage of biasedly negative publicity, and significant tarnishing of his reputation, lost speaking engagements and employment opportunities, the cost of therapy for Chief Gallagher's daughter, time and expense of counseling for the entire family. These damages total over $2 million.

Against Defendant Philipps, his false and defamatory statements have caused Plaintiff a wide array of damages, including:

1. Significant mental and emotional anguish, being subject to ridicule and humiliation, receiving death threats to him and his family, being forced into the national spotlight in a negative light and subject to a continuing barrage of biasedly negative publicity, and significant tarnishing of his reputation, the

constant negative, hateful, and threatening posts on social media; and the torture of being retried in the media for crimes of which he was exonerated after a full disclosure of the facts in court, and which he was attempting to put behind him, lost speaking engagements and employment opportunities, the cost of therapy for Chief Gallagher's daughter, time and expense of counseling for the entire family. These damages total over $2 million.

Dated: October 13, 2020

                Respectfully submitted,

MOLLY M. SHIRER, ESQ. (SBN 325978)
Molly.shirer@parlatorelawgroup.com
PARLATORE LAW GROUP, LLP
2305 Historic Decatur Road, Suite 100
San Diego, CA 92106
(212) 603-9918


TIMOTHY C. PARLATORE, ESQ.
*Pro Hac Vice*
NY Bar No. 4679429; NJ Bar No. 056852015
Timothy.parlatore@parlatorelawgroup.com
MARYAM N. HADDEN, ESQ.
*Pro Hac Vice*
NY Bar No. 2735488; NJ Bar No. 327662020
Maryam.hadden@parlatorelawgroup.com
PARLATORE LAW GROUP
One World Trade Center, Suite 8500
New York, NY 10007
(212) 603-9918
*Attorneys for Plaintiff, Edward R. Gallagher*