UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PHILIPPS and KENNETH JOHN BRAITHWAITE, II, in his capacity as Secretary of the Navy,<br><br>Defendants. | Case No.: 20-cv-0993-JLS(BLM)<br><br>**ORDER** |

On April 22, 2021, the Court granted Defendant David Philipps' unopposed motion to stay discovery. ECF No. 60. As such, all future dates and deadlines before Magistrate Judge Major, including the August 25, 2021 Mandatory Settlement Conference, were **VACATED**. The parties are reminded that they must file within five court days after the issuance of Judge Sammartino's order, a joint status report and proposed order containing all of the new dates and deadlines. Id.

**IT IS SO ORDERED**.

Dated: 8/5/2021

Hon. Barbara L. Major
United States Magistrate Judge