UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PHILIPPS and THOMAS W. HARKER, in his official capacity as Acting Secretary of the Navy,<br><br>Defendants. | Case No.: 20-cv-0993-JLS(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**[ECF No. 67]** |

On October 4, 2021, the parties filed a joint motion requesting to extend the case schedule by approximately six months. ECF No. 67 at 3-4. In support, the parties provided the Declaration of Justin M. Sandberg [ECF No. 67-1 ("Sandberg Decl.")], stating that "[a]n extension is needed to facilitate Federal Defendant's ongoing review of thousands of documents for responsiveness and privilege, facilitate the other parties' review of Federal Defendant's production of thousands of documents and conduct any necessary discovery in response, account for the need to address any issues that have arisen since the Court entered the stay, and provide time to address any issues related to the resolution of the anti-SLAPP order". Sandberg Decl. at 3.

After considering the parties' arguments and consulting with District Judge Janis L. Sammartino, the court **GRANTS** the parties' joint motion and sets the following dates:

| Deadline | New Date |
|---|---|
| Federal Defendant's Deadline to Respond to Plaintiff's RFPs and Interrogatories | October 12, 2021[1] |
| Plaintiff's Deadline to Respond to Federal Defendant's First Set of RFAs and Second Set of RFPs and Interrogatories | October 13, 2021 |
| Plaintiff's Deadline to Respond to Federal Defendant's Second Set of RFAs and Third Set of RFPs and Interrogatories | October 20, 2021 |
| Defendants' Deadline to Comply with Rule 26(a)(2) to Designate Experts in Writing and to Provide the Required Reports | April 11, 2022 |
| Fact Discovery Deadline | April 20, 2022 |
| Rule 26(a)(2) Deadline for Plaintiff to Designate Rebuttal Experts in Writing and to Provide the Required Reports | May 9, 2022 |
| Expert Discovery Deadline | June 7, 2022 |
| Pretrial Motion Filing Deadline | July 11, 2022 |
| Confidential Settlement Briefs Deadline | July 22, 2022 |
| Mandatory Settlement Conference | August 3, 2022 at 9:30 a.m. |
| Memoranda of Contentions of Fact and Law 16.1(f)(2) Deadline | October 18, 2022 |
| Rule 26(a)(3) Pretrial Disclosure | October 18, 2022 |
| Local Rule 16.1(f)(4) Meet and Confer Deadline | October 26, 2022 |

---

[1] The parties requested October 11, 2021, which is a federal holiday.

| Deadline | New Date |
|---|---|
| Objections to pre-trial disclosures | October 26, 2022 |
| Deadline for Plaintiff's Counsel to Provide Defense Counsel with Proposed Pretrial Order | November 2, 2022 |
| Proposed Final Pretrial Conference Order | November 10, 2022 |
| Final Pretrial Conference | November 17, 2022 at 1:30 p.m. |

All other guidelines and requirements remain as previously set.  See ECF No. 42.

**IT IS SO ORDERED**.

Dated:  10/7/2021

Hon. Barbara L. Major
United States Magistrate Judge