UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,<br><br>                             Plaintiff,<br><br>v.<br><br>DAVID PHILIPPS, et al.,<br><br>                             Defendants. | Case No.:  20-cv-0993-JLS(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR MODIFICATION OF PROTECTIVE ORDER**<br><br>**[ECF No. 70]** |

On October 27, 2021, the parties filed a joint motion requesting that the Court incorporate Exhibit A, a form declaration, through which the signatory promises to be bound by the protective order, to the existing Protective Order [ECF No. 54]. ECF No. 70 at 2.  In support, the parties state that "[t]his proposed addition was inadvertently omitted from the parties' Joint Motion for a Protective Order, which references Exhibit A, but did not contain Exhibit A in the version the parties' [sic] submitted to the Court for Approval." Id.

Good cause appearing, the parties' motion is **GRANTED**.  The order granting the parties' Joint Motion for Protective Order Regarding Confidential Information [ECF No. 54] is modified to include the attached Exhibit A.

**IT IS SO ORDERED**.

Dated: 11/1/2021

Hon. Barbara L. Major
United States Magistrate Judge

### Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD R. GALLAGHER,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAVID PHILIPPS and CARLOS DEL TORO, in his official capacity as Secretary of the Navy,<br><br>        Defendants. | Case No. **20 CV0993 JLS BLM** |

### DECLARATION TO BE BOUND BY PROTECTIVE ORDER

I, _____, declare under penalty of perjury that:

(a) My present address is _____.

(b) My present employer is _____

and the address of my present employer is _____

_____.

(c) My present occupation or job description is _____

_____.

(d) I have received and carefully read the Protective Order in this Litigation dated November 25, 2020 and modified on _____ and understand its provisions. Specifically, I understand that I am obligated, under order of the Court, to hold in confidence and not to disclose the contents of anything marked

"CONFIDENTIAL," except as permitted by the Protective Order. I understand that I must abide by all of the provisions of the Protective Order.

(e) At the termination of this Litigation or any time requested by Counsel for the Party by whom I am engaged, I will return or destroy all documents and other materials, including notes, computer data, summaries, abstracts, or any other materials containing or reflecting CONFIDENTIAL Discovery Material which have come into my possession, and will return or destroy all documents or things I have prepared relating to or reflecting such information, except to the extent the law otherwise precludes the return or destruction of any material.

(f) I understand that if I violate the provisions of the Protective Order, I will be in violation of a Court Order and subject to sanctions or other remedies that may be imposed by the Court and potentially liable in a civil action for damages by the Producing Party. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Protective Order in this Litigation. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

**Signature:** _____

**Date:** _____