UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,, <br><br> Plaintiff, <br><br> v. <br><br> DAVID PHILIPPS, et al., <br><br> Defendants. | Case No.: 20-cv-0993-JLS(BLM) <br><br> **ORDER SETTING TELEPHONIC CONFERENCE CALL** <br><br> **[ECF No. 72]** |

On November 5, 2021, Federal Defendant filed a Notice of Discovery Dispute requesting the Court to issue an order scheduling a conference call involving counsel for Plaintiff and Federal Defendant. ECF No. 72 at 4. Defendant states that "Federal Defendant's counsel has been unable to schedule a conference call with Chambers [] because Plaintiff's counsel have not cooperated with Federal Defendant's counsel's efforts to do so." Id. at 2.

Good cause appearing, all counsel of record are ordered to participate in a conference call with the Court's chambers on **November 12, 2021** at **10:30 a.m**.

**IT IS SO ORDERED**.

Dated: 11/10/2021

Hon. Barbara L. Major
United States Magistrate Judge

1

20-cv-0993-JLS(BLM)