MOLLY M. SHIRER, ESQ. (SBN 325978)
Molly.shirer@parlatorelawgroup.com
PARLATORE LAW GROUP, LLP
114 C Avenue, #272
Coronado, CA 92118
(212) 603-9918
TIMOTHY C. PARLATORE, ESQ.
*Pro hac vice*
NY Bar No. 4679429; NJ Bar No. 056852015
Timothy.parlatore@parlatorelawgroup.com
MARYAM N. HADDEN, ESQ.
*Pro hac vice*
NY Bar No. 2735488; NJ Bar No. 327662020
Maryam.hadden@parlatorelawgroup.com
PARLATORE LAW GROUP, LLP
One World Trade Center, Suite 8500
New York, NY 10007
(212) 603-9918
*Attorneys for Plaintiff, Edward R. Gallagher*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. GALLAGHER,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID PHILIPPS and<br>CARLOS DEL TORO in his capacity as Secretary of the Navy,<br><br>          Defendants. | Case No.: 20cv0993-LL-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i) AGAINST DEFENDANT DAVID PHILIPPS** |

1

Pursuant to F.R.C.P. 41 (a) (1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Edward R. Gallagher and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the defendant, David Philipps.

Respectfully Submitted,

*Molly M. Shirer*
_____

Molly M. Shirer, Esq.

Parlatore Law Group, LLP
*Attorneys for the Plaintiff*
114 C Avenue, #272
Coronado, CA 92118
(212) 603-9918
Molly.shirer@parlatorelawgroup.com

Timothy C. Parlatore, Esq.
Lead Counsel, Admitted Pro Hac Vice
Timothy.parlatore@parlatorelawgroup.com

Maryam N. Hadden, Esq.
Admitted Pro Hac Vice
Maryam.hadden@parlatorelawgroup.com